PROB 12A
(7/93)

Report Date: May 18, 2006

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
(No Action Requested)

```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 22 2006

JAMES R. LARSEN, CLERK
                        DEPUTY
SPOKANE, WASHINGTON
```

Name of Offender: William Frederick Searight         Case Number: 2:00CR00227-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 05/11/2001                 Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113      Date Supervision Commenced: 02/02/2006

Original Sentence: Prison - 46 Months; TSR - 36       Date Supervision Expires: 08/01/2008
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer. |

**Special Condition #18**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

**Special Condition #20**: You shall reside in a community corrections center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

**Supporting Evidence**: On May 16, 2006, William Searight was observed by Port of Hope Community Corrections (CCC) staff at the Mouse Trap bar with his boss. Subsequently, he was contacted and directed to return to the CCC. Upon returning to the CCC, Mr. Searight submitted to a blood alcohol content test with readings of .110 and .098. A urine specimen was collected from Mr. Searight and forwarded to Redwood Toxicology Laboratory.

On May 17, 2006, Mr. Searight admitted to the undersigned officer that he has consumed alcohol on 2 separate occasions since his placement at the CCC.

### U.S. Probation Officer Action:

Following the incident on May 13, 2006, Mr. Searight has not been permitted to return to his prior employer who took him to the bar. On May 17, 2006, the undersigned officer, along with the defendant's case manager at the CCC, met with Mr. Searight, and discussed his actions. At this time, the Port of Hope CCC is willing to permit Mr. Searight

Prob12A
Re: Searight, William Frederick
May 18, 2006
Page 2

to remain at their facility, pending his compliance. He is further required to participate in substance abuse counseling and also meet with a mental health professional. It appears that Mr. Searight wants to continue to work on his addiction, and continue his transition from confinement to the community. Subsequently, the undersigned officer respectfully requests that the above noted violation be held in abeyance, and the defendant be continued on supervision pending his compliance. However, should Mr. Searight choose not to comply with the conditions of supervision in the future, the undersigned officer will request official action by the Court.

Respectfully submitted

by _____
Richard B. Law
U.S. Probation Officer
Date: May 18, 2006

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

5/22/06
Date